[No. 21447-8-III. Division Three. October 14, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD JAMES WEISEN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-01466-7, Kathleen M. O'Connor, J., entered September 25, 2002. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 26653-9-II. Division Two. October 14, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN J. HONGEL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-1-01115-5, John F. Nichols, J., entered November 21, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 27764-6-II. Division Two. October 14, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ERIC FARRELL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-1-01480-5, Edwin L. Poyfair, J., entered August 29, 2001. *Affirmed in part* and *remanded* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 28771-4-II. Division Two. October 14, 2003.]

PRISON LEGAL NEWS, INC., *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-2-00828-2, Wm. Thomas McPhee, J., entered May 8, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.